

# CT

CT Corporation System
111 8th Avenue
13th Floor
New York, NY 10011
(212) 590-9070

**DOCKET**



USDC SDNY
DOCUMENT
ELECTRON...        FILED
DOC #:
DATE FILED: 6/23/14

June 12, 2014


Paul E Summit
Sullivan & Worcester LLP
1633 Broadway,
New York, NY  10019

Re:  The Export-Import Bank of the Republic of China, Pltf./Judgment Creditor vs.
Republique Du Niger

Case No.  97CIV3090LAK

Dear Sir/Madam:

We are herewith returning the enclosed documents which we received regarding the
above captioned matter.

Republique du Niger is not listed on our records or on the records of the State of NY.

Very truly yours,



C T Corporation System

Log# 525125867

Sent By Regular Mail

cc:  Southern District of New York - U.S. District Court
     500 Pearl Street,
     New York, NY  10007-1312
**(Returned To)**




Paul E Summit
Sullivan & Worcester LLP
1633 Broadway,
New York, NY  10019

 Wolters Kluwer