UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE EXPORT-IMPORT BANK OF
THE REPUBLIC OF CHINA,

                Plaintiff/Judgment Creditor,

      -against-

REPUBLIQUE DU NIGER,

                Defendant/Judgment Debtor.
------------------------------------------------------------X

97 Civ. 3090 (LAK)

ECF CASE

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Caitlin C. Fahey, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff/Judgment Creditor The Export-Import Bank of the Republic of China in the above-captioned action.

I am a member in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: New York, New York
       September 11, 2014

                              Respectfully submitted,

                              /s/Caitlin C. Fahey
                              Caitlin C. Fahey
                              Sullivan & Worcester LLP
                              One Post Office Square
                              Boston, MA 02109
                              617.338.2800 (Telephone)
                              617.338.2880 (Facsimile)
                              cfahey@sandw.com

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-sixth** day of **November** A.D. **2012**, said Court being the highest Court of Record in said Commonwealth:

## Caitlin Clark Fahey

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **tenth** day of **September** in the year of our Lord **two thousand and fourteen.**

*[signature]*
MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THE EXPORT-IMPORT BANK OF
THE REPUBLIC OF CHINA,

              Plaintiff/Judgment Creditor,

-against-

REPUBLIQUE DU NIGER,

              Defendant/Judgment Debtor.
-------------------------------------------------------------X

97 Civ. 3090 (LAK)

ECF CASE

**ORDER FOR ADMISSION PRO HAC VICE**

      The motion of Caitlin C. Fahey for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that she is a member in good standing of the bar of the Commonwealth of Massachusetts; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Caitlin C. Fahey |
| Firm Name: | Sullivan & Worcester LLP |
| Address: | One Post Office Square |
| City/State/Zip: | Boston, MA 02109 |
| Telephone: | 617.338.2800 |
| Facsimile: | 617.338.2880 |
| Email: | cfahey@sandw.com |

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for The Export Import Bank of the Republic of China in the above entitled action;

      IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: September __, 2014

_____
United States District Judge