UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                                                                      :

THE EXPORT-IMPORT BANK OF
THE REPUBLIC OF CHINA,                                :     97 CIV 3090 (LAK)

                          Judgment Creditor,                    :

    -against-                                        :     **NOTICE OF MOTION**

REPUBLIQUE DU NIGER,                                    :

                        Judgment Debtor.                     :

------------------------------------------------------------------- x

       PLEASE TAKE NOTICE THAT, upon Judgment Creditor's Motion to Compel and for Sanctions, the Declaration of Paul E. Summit, dated January 29, 2015, and the exhibits attached thereto, and all prior pleadings and papers filed in this action, Judgment Creditor The Export-Import Bank of the Republic of China ("Ex-Im Bank") will move this Court, the Honorable Lewis A. Kaplan, United States District Judge, in the United States Courthouse, 500 Pearl Street, New York, New York, Room 21B, for an Order, pursuant to Fed. R. Civ. P. 37, compelling Judgment Debtor République du Niger ("Niger") to (1) answer the interrogatories and information subpoena propounded by Ex-Im Bank; and (2) produce documents responsive to Ex-Im Bank's document demand within 10 days of entry of the Court's order or be held in contempt of court; granting sanctions against Niger; and ordering Niger to pay the expenses and reasonable attorneys' fees incurred by Ex-Im Bank in making this motion.

Dated: New York, New York	SULLIVAN & WORCESTER LLP
      January 29, 2015

                                By: /s/ Paul E. Summit
                                     Paul E. Summit
                                     Andrew T. Solomon
                                     Caitlin C. Fahey (admitted *pro hac vice*)
                              1633 Broadway
                              New York, NY 10019
                              T. 212.660.3000
                              F. 212.660.3001
                              psummit@sandw.com
                              asolomon@sandw.com
                              cfahey@sandw.com

                              *Attorneys for Judgment Creditor*