UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THE EXPORT-IMPORT BANK OF
THE REPUBLIC OF CHINA,

                Judgment Creditor,                97-CV-03090 (LAK)(SN)

        -against-                            **STATUS CONFERENCE ORDER**

REPUBLIQUE DU NIGER,

                Judgment Debtor.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On January 29, 2015, the petitioner filed two motions: (1) a motion to compel the defendant to (a) answer the interrogatories and information subpoenaed by the petitioner, and (b) produce documents responsive to the petitioner's document demand; and (2) a motion for sanctions ordering the defendant to pay the expenses and reasonable attorney fees incurred by the petitioner in making this motion. On February 5, 2015, the Honorable Lewis A. Kaplan referred this case to my docket for general pretrial management.

      The defendant shall file a response by February 18, 2015.

      A status conference is scheduled for Friday, February 27, 2015, at 3:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, they must contact Courtroom Deputy Joseph Mendieta immediately at (212) 805-0286.

**SO ORDERED.**

                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:      New York, New York
                February 6, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/2015