UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Export-Import Bank of the Republic of China,  :
: Case No. 97 CIV 3090 (LAK)
                Plaintiff,  :
:
:
   vs.  : **NOTICE OF APPEARANCE**
:
:
Republique due Niger,  :
:
                Defendant.  :
:
---------------------------------------------------------------X

        PLEASE TAKE NOTICE that Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, by Todd B. Marcus, hereby enters its appearance as counsel of record in the above-captioned action for and on behalf of non-party Exelon Generation Company, LLC. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward to the undersigned counsel copies of all entries, orders, notices and other court documents in this action.

Dated: New York, New York
       February 10, 2015

                              SIDLEY AUSTIN LLP

                              By:    /s/ Todd B. Marcus
                                    Todd B. Marcus
                                    todd.marcus@sidley.com
                                    Holly Harrison
                                    Patrick Croke
                                    Jennifer Clark
                              787 Seventh Avenue
                              New York, New York 10019
                              Telephone: (212) 839-5300

                              *Counsel for Non-Party*
                               *Exelon Generation Company LLC*