UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
The Export-Import Bank of The Republic of China

        Plaintiff,

Case No. 97-cv-3090 (LAK) (SN)

-against-

Republique Du Niger

        Defendant.
-------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Todd Barry Marcus_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _TM5404_____ My State Bar Number is _2345239_____

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: _DLA Piper US LLP (NY)_____
                  FIRM ADDRESS: _1251 Avenue of the Americas, New York, NY 10020__
                  FIRM TELEPHONE NUMBER: _(212) 335-4500_____
                  FIRM FAX NUMBER: _(212) 884-8489_____

NEW FIRM:    FIRM NAME: _Sidley Austin LLP_____
                  FIRM ADDRESS: _787 Seventh Avenue, New York, NY 10019_____
                  FIRM TELEPHONE NUMBER: _(212) 839-5300_____
                  FIRM FAX NUMBER: _(212) 839-5599_____

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 2/10/2015                    /s/ Todd B. Marcus_____
                                                               ATTORNEY'S SIGNATURE