UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
_____X

THE EXPORT-IMPORT BANK OF THE REPUBLIC OF
CHINA,

       Judgment Creditor,   97 Civ. 3090 (LAK)

   -against-

REPUBLIQUE DU NIGER,

       Judgment Debtor,

   -and-

LA SOCIETE DE PATRIMIONE DES MINES DU NIGER,

       Interested Third Party.
_____X

**NOTICE OF APPEARANCE**

Please take notice, that the Interested Third Party, La Societe De Partrimione Des Mines Du Niger, hereby appears pursuant to 28 U.S.C. § 1330(C) (2015) in the above captioned action, and that the undersigned has been retained as Attorney for said Interested Third Party and demand that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
   February 7, 2015

            Mavronicolas & Dee LLP

        By: _____
           Anthony J. Mavronicolas (AM-7689)
           415 Madison Avenue, 18th Floor
           New York, New York 10017
           T. 646.253.6874
           F. 212-202-6263