

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

February 13, 2015

By ECF and E-Mail: ALCarterNYSDChambers@nysd.uscourts.gov

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re:    *The Export-Import Bank of the Republic of China v. République du Niger*, 97 CIV 3090 (LAK)

Dear Judge Carter:

    This firm represents Judgment Creditor The Export-Import Bank of the Republic of China ("Ex-Im Bank") in the referenced matter. We write to request permission to file a reply memorandum of law in excess of the 10-page limit set forth in your honor's Individual Practices. We presently estimate that the reply memorandum will be 15 pages.

    Good cause exists for the requested page limit extension. SOPAMIN's and Exelon Generation Company's memoranda of law, declarations, and exhibits exceed 500 pages. The issues raised in the voluminous submissions are numerous. We believe that the additional pages requested by Ex-Im Bank will assist the Court in deciding the motion.

Respectfully submitted,

/s/ Paul E. Summit

Paul E. Summit

cc:    Anthony Mavronicolas, Esq., counsel for SOPAMIN
       Todd Marcus, Esq., counsel for Exelon Generation Company LLC