# EXHIBIT C



Julie V. Stevenson
Assistant General Counsel
Exelon Business Services Company, LLC
4300 Winfield Road, 5th Floor
Warrenville, IL 60555
DIRECT DIAL: 630.657.3755
EMAIL: Julie.stevenson@exeloncorp.com

August 8, 2014

**<u>VIA UNITED STATES MAIL AND ELECTRONIC MAIL TO</u>**
**<u>rlombardo@sandw.com</u>**

Andrew T. Solomon
Sullivan & Worcester LLP
1633 Broadway
New York, NR 10019

Re: **97 CIV 3090 (LAK) Information Subpoena**

Dear Mr. Solomon:

Exelon Corporation is in receipt of the information request referenced above. Without waiving objections as to service or to form, in response, we provide the following pertinent information:

1. James Nevling, of our Nuclear Fuels department, assisted in preparing our response.

2. Exelon Generation Company, LLC, a subsidiary of Exelon Corporation (together referred to as "Exelon"), entered into an agreement with Societe de Patrimoine Des Mines du Niger (SOPAMIN), a governmental entity of Niger, on August 27, 2007 wherein Exelon purchased certain uranium concentrates from SOPAMIN in the years 2007 through 2010. Exelon Generation Company, LLC also entered into an agreement with SOPAMIN on May 24, 2010 wherein Exelon purchased or will purchase certain uranium concentrates from SOPAMIN in the years 2011 through 2015. Additional information related to these contracts is protected under contractual terms of confidentiality, and is considered to be proprietary to Exelon.

3. The reference in the U.S. Department of State's website is not accurate in the amounts or years of the contract, although, as noted above, a contract was entered into in 2007. Additional information related to this contract is protected under

Sullivan & Worcester, LLC
August 8, 2014
Page 2

contractual terms of confidentiality, and is considered to be proprietary to Exelon.

4. Exelon does not currently owe any money to Niger or any representative of Niger.

5. Over the course of the two agreements between Exelon and SOPAMIN, so far through July 2014, in excess of $400 Million has been paid to SOPAMIN, a governmental entity of Niger, as payment for deliveries of uranium concentrates. Additional information related to these payments is protected under contractual terms of confidentiality, and is considered to be proprietary to Exelon.

6. The next payment from Exelon to SOPAMIN will occur no earlier than January 2015. Additional information related to this payment is protected under contractual terms of confidentiality, and is considered to be proprietary to Exelon.

7. Exelon does not currently owe any money to any of the named entities.

8. Exelon has not paid any money or transferred any property to any of the named entities.

9. Exelon has not paid any money or transferred any property to any of the named entities. Request 9 appears to be a duplicate of Request 8.

We trust that the information provided is sufficient for your purposes.

Sincerely,

Julie V. Stevenson

Cc : Richard Lombardo