UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
The Export Import Bank of the Republic of China,

            Plaintiff(s),

  - against -

Republique du Niger,

            Defendant(s).

-----------------------------------------------------------------X

Index No.: 97 cv 3090 (LAK)

**ORDER FOR ADMISSION**
**PRO HAC VICE**

2-18-15

      The motion of Patrick E. Croke for admission to practice Pro Hac Vice in the above-captioned action is granted.

      Applicant has declared that he is a member in good standing of the bar(s) of the State(s) of Illinois, and that his contact information is as follows:

> *Attorney's Name Patrick E. Croke*
> *SIDLEY AUSTIN LLP*
> *Address One South Dearborn Street*
> *City, State, Zip Chicago, IL 60603*
> *Telephone: 312-853-7000*
> *Facsimile: 312-853-036*
> *E-mail:* pcroke@sidley.com

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Interested Third-Party Exelon Generation Company, LLC in the above entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.


Dated: 2-17-15

_____
United State District / Magistrate Judge

2