UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| THE EXPORT-IMPORT BANK OF THE REPUBLIC OF CHINA, | : | |
| Plaintiff/Judgment Creditor/Petitioner, | : | 1:97-cv-03090 (LAK) (SN) |
| -against- | : | |
| REPUBLIQUE DU NIGER, | : | **ORDER EXTENDING TEMPORARY RESTRAINING ORDER** |
| Defendant/Judgment Debtor, | : | |
| -and- | : | |
| EXELON GENERATION COMPANY, LLC, | : | |
| Respondent, | : | |
| -and- | : | |
| LA SOCIÉTÉ DE PATRIMOINE DES MINES DU NIGER, | : | |
| Interested Third-Party. | : | |

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed on the record at the February 20, 2015 hearing in the above-captioned case, Parties will submit a stipulation and proposed order to the Court regarding partial disbursement of the currently restrained funds.

The current temporary restraining order is extended until such stipulation is received and so-ordered by the Court, by or on Monday, February 23, 2015.

SO ORDERED.

Dated:  February 20, 2015
        New York, New York

                                        ANDREW L. CARTER, JR.
                                        United States District Judge