

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

March 19, 2015

The Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re:   *The Export-Import Bank of the Republic of China v. République du Niger*, 97 CIV 3090 (LAK)

Dear Judge Carter:

Pursuant to Your Honor's directive at the February 20, 2015 hearing, judgment creditor The Export-Import Bank of the Republic of China ("Ex-Im Bank") submits this status report on behalf of itself and the Société de Patrimoine des Mines du Niger ("SOPAMIN") regarding Ex-Im Bank's discovery of SOPAMIN.[1]  Counsel for SOPAMIN reviewed this letter and joins in it.

On February 11 and 23, 2015, respectively, Ex-Im Bank served its first and second set of document requests on SOPAMIN.  Ex-Im Bank received SOPAMIN's initial document production on March 18, 2015.  SOPAMIN has stated that additional documents will be produced by March 20, 2015.  Given that documents are just now being produced, the parties do not know yet whether there will be significant discovery disputes between Ex-Im Bank and SOPAMIN.  Therefore, we respectfully suggest that Ex-Im Bank and SOPAMIN submit a further status report to the Court in two weeks, on April 2, 2015, once we have more information to report.

Ex-Im Bank and SOPAMIN have tentatively scheduled a round of depositions of SOPAMIN officials for the week of April 27, 2015 in Paris, France.  Ex-Im Bank has also noticed the depositions of the Ministry-appointed board members of SOPAMIN.  Ex-Im Bank and SOPAMIN are in discussions regarding those depositions.  If a dispute arises in connection with the depositions, the parties will promptly bring the dispute to the Court's attention.

Respectfully submitted,

/s/ Paul E. Summit

Paul E. Summit

cc:   Anthony Mavronicolas, Esq.
      Patrick Croke, Esq.

---

[1] The parties dispute the use of the term "discovery."  SOPAMIN characterizes the process as "voluntary disclosure," but Ex-Im Bank rejects that characterization.