UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| THE EXPORT-IMPORT BANK OF THE REPUBLIC OF CHINA, | : |
| Plaintiff/Judgment Creditor/Petitioner, | : 1:97-cv-03090 (LAK) (SN) |
| -against- | : |
| REPUBLIQUE DU NIGER, | : ORDER |
| Defendant/Judgment Debtor, | : |
| -and- | : |
| EXELON GENERATION COMPANY, LLC, | : |
| Respondent, | : |
| -and- | : |
| LA SOCIÉTÉ DE PATRIMOINE DES MINES DU NIGER, | : 4-2-15 |
| Interested Third-Party. | : |

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On March, 19, 2015, The Export-Import Bank of the Republic of China ("Ex-Im Bank") and La Société de Patrimoine des Mines du Niger ("SOPAMIN") submitted a joint status report on the progress of disclosure between those two parties. Ex-Im Bank and SOPAMIN should submit a follow-up joint status report by or on **April 13, 2015.**

SO ORDERED.

Dated: April 2, 2015
New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**