Carter, a.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

THE EXPORT-IMPORT BANK OF
THE REPUBLIC OF CHINA,                         :     97 CIV 3090 (LAK)

          Judgment Creditor,             :

  -against-                                                    :

REPUBLIQUE DU NIGER,                           :

          Judgment Debtor.                :

------------------------------------------------------------ x

4-2-15

RECEIVED MAR 02 2015
ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE
S.D.N.Y.

**ORDER TO RELEASE SECURITY**

    WHEREAS, on February 11, 2015, Sullivan & Worcester LLP, on behalf of its client, Judgment Creditor The Export-Import Bank of the Republic of China ("Ex-Im Bank"), deposited $10,000 into the Court's Registry (Receipt Number 465401116849) (the "Security") pursuant to the February 9, 2015 order of the Honorable Lewis A. Kaplan, which, inter alia, directed Judgment Creditor to post security in the amount of $10,000 in connection with the Court's issuance of a temporary restraining order (ECF Doc. No. 63) (the "TRO"); and

    WHEREAS, in an order dated February 23, 2015, this Court, the Honorable Andrew J. Carter, vacated the TRO without prejudice (ECF Doc. No. 95); and

    WHEREAS, the dissolution of the TRO obviates the need for the Security and for the Court to continue to hold the Security;

    NOW, UPON THE APPLICATION of Sullivan & Worcester LLP, counsel for Ex-Im Bank, it is hereby

ORDERED, that the Clerk of the Southern District of New York is directed to return the Security to Sullivan & Worcester LLP by issuing a check from the Court's Registry in the sum of $10,000, payable to Sullivan & Worcester LLP; and it is further

ORDERED, that the Clerk of the Southern District of New York shall inform Sullivan & Worcester LLP when the check is ready for pickup by calling Andrew T. Solomon, Esq. at (212) 660-3000.

Dated: New York, New York
~~March~~ 2, 2015
April

Hon. Andrew J. Carter
United States District Judge