

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

April 13, 2015

The Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re:   *The Export-Import Bank of the Republic of China v. République du Niger*, 97 CIV 3090 (LAK)

Dear Judge Carter:

We represent judgment creditor The Export-Import Bank of the Republic of China ("Ex-Im Bank"). We write, on behalf of Ex-Im Bank and SOPAMIN, to request a three-day extension (to Thursday, April 16, 2015) to submit the joint status report on Ex-Im Bank's discovery of SOPAMIN[1] that, pursuant to Your Honor's April 2, 2015 order, is due today.

Ex-Im Bank has raised multiple discovery issues with SOPAMIN, and the parties are in the process of attempting to resolve those issues. However, there are still outstanding discovery issues that remain to be discussed. We expect that we will have more comprehensive information regarding these issues, including any resolution of the issues (if possible), to report to the Court by Thursday.

Respectfully submitted,

/s/ Paul E. Summit

Paul E. Summit

cc:   Anthony Mavronicolas, Esq.
      Patrick Croke, Esq.

---

[1] The parties continue to dispute the use of the term "discovery." SOPAMIN characterizes the process as "voluntary disclosure," but Ex-Im Bank rejects that characterization.