

April 16, 2015

The Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re:   *The Export-Import Bank of the Republic of China v. République du Niger*, 97 CIV 3090 (LAK)

Dear Judge Carter:

    We represent judgment creditor The Export-Import Bank of the Republic of China ("Ex-Im Bank").  We write, on behalf of Ex-Im Bank and SOPAMIN, to request a further extension (to Monday, April 20, 2015) to submit the joint status report on Ex-Im Bank's discovery of SOPAMIN[1] that, pursuant to Your Honor's April 13, 2015 memo endorsement, is due today.

    Counsel for Ex-Im Bank and counsel for SOPAMIN are in Paris for settlement discussions between Ex-Im Bank and Niger.  The discussions were delayed due to circumstances beyond Ex-Im Bank and SOPAMIN's control, and have just begun today.  With the Court's permission, Ex-Im Bank and SOPAMIN can provide a report to the Court on Monday as to the status of Ex-Im Bank's discovery of SOPAMIN, and the settlement discussions.

                                Respectfully submitted,

                                  /s/ Paul E. Summit

                                Paul E. Summit

cc:   Anthony Mavronicolas, Esq.
       Patrick Croke, Esq.

---

[1] The parties continue to dispute the use of the term "discovery."  SOPAMIN characterizes the process as "voluntary disclosure," but Ex-Im Bank rejects that characterization.