UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| THE EXPORT-IMPORT BANK OF THE REPUBLIC OF CHINA, | : | |
| Plaintiff/Judgment Creditor/Petitioner, | : | 1:97-cv-03090 (LAK) (SN) |
| -against- | : | |
| REPUBLIQUE DU NIGER, | : | ORDER |
| Defendant/Judgment Debtor, | : | |
| -and- | : | |
| EXELON GENERATION COMPANY, LLC, | : | |
| Respondent, | : | |
| -and- | : | |
| LA SOCIÉTÉ DE PATRIMOINE DES MINES DU NIGER, | : | |
| Interested Third-Party. | : | |

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On April 20, 2015, The Export-Import Bank of the Republic of China ("Ex-Im Bank") submitted a joint status report on behalf of itself and La Société de Patrimoine des Mines du Niger ("SOPAMIN") on the progress of disclosure between those two parties and Ex-Im Bank's settlement discussions with the République du Niger ("Niger"). (ECF No. 116.) Parties reported that a preliminary settlement had been reached between Ex-Im Bank and Niger, and requested a stay of the discovery issues pending further settlement discussions between Ex-Im Bank and Niger.

Parties' application is hereby GRANTED. All pending disclosure issues between Ex-Im Bank and SOPAMIN are stayed pending the resolution of settlement discussions between Ex-Im

Bank and Niger. Ex-Im Bank and SOPAMIN should submit a follow-up joint status report by or on **May 20, 2015.**

**SO ORDERED.**

Dated: April 22, 2015
      **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**