UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

THE EXPORT-IMPORT BANK OF THE
REPUBLIC OF CHINA,

                Plaintiff – Judgment Creditor,

    - against -

REPUBLIQUE DU NIGER,

                Defendant – Judgment Debtor,

    - and -

LA SOCIETE DE PATRIMOINE DES
MINES DU NIGER,

                Interested-Third-Party.
---------------------------------------------------------------x

97 Civ. 3090 (LAK)

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P 41(a)(1)(A)(ii)**

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties by their respective counsel, that the above-captioned action is voluntarily dismissed, including as to post-judgment enforcement, with prejudice and without costs imposed, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    IT IS FURTHER STIPULATED AND AGREED, by and between the parties by their respective counsel, that the restrained funds in the amount of $5,427,924 now held by Exelon Generation Company, LLC in compliance with a Stipulation dated February 23, 2015, will no longer be subject to any restraint.

Date: June 1, 2015

{B1878158; 1}

Paul E. Summit
SULLIVAN & WORCESTER LLP
1633 Broadway
New York, NY 10019
Tel: (212) 660-3000
Fax: (212) 660-3001
psummit@sandw.com
*Attorneys for Petitioner/Judgment Creditor The Export-Import Bank of the Republic of China*

Anthony Mavronicolas
MAVRONICOLAS & DEE LLP
415 Madison Avenue, Fl. 18
New York, NY 10017
Tel: (646) 770-0024
Fax: (866) 774-9005
amavronicolas@mavrolaw.com
*Attorneys for La Societe De Patrimoine des Mines du Niger*

Patrick Croke
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Tel: (312) 853 7000
Fax: (312) 853 7036
pcroke@sidley.com
*Attorneys for Exelon Generation Company, LLC*

{B1878158; 1}