



**SULLIVAN & WORCESTER**

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

June 1, 2015

The Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/2/15

Re: *The Export-Import Bank of the Republic of China v. République du Niger*, 97 CIV 3090 (LAK)

Dear Judge Kaplan:

We represent judgment creditor The Export-Import Bank of the Republic of China.

We are pleased to report that the parties have settled the matter and wish to discontinue the litigation.

We respectfully request that the attached Satisfaction of Judgment be so-ordered so that the matter may be closed.

Respectfully submitted,

*/s/Paul Summit*

Paul Summit

Enclosure

cc: Hon. Andrew L. Carter, Jr.
    Hon. Sarah Netburn
    Anthony Mavronicolas, Esq.
    Patrick Croke, Esq.