UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

THE EXPORT-IMPORT BANK OF THE REPUBLIC
OF CHINA,

       Judgment Creditor,

-against-

REPUBLIQUE DU NIGER,

       Judgment Debtor.

------------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/2/15

97 CIV 3090 (LAK)

ORDER AND
SATISFACTION
OF JUDGMENT

  WHEREAS, a judgment (SDNY #98,2363) was entered in the above action on the 23rd day of October 1998, in favor of THE EXPORT-IMPORT BANK OF THE REPUBLIC OF CHINA and against REPUBLIQUE DU NIGER in the amount of (1) $60,706,710.06 on the First Note, plus interest at a rate of 4.5% per annum subsequent to October 7, 1996, plus default interest at a rate of 10% per annum from March 1, 1997 to the date of judgment; and (2) $11,959,293.41 on the Second Note, plus interest at a rate of 4.5% per annum subsequent to October 7, 1996, plus default interest at rate of 10% per annum from March 1, 1997 to the date of judgment (the "Judgment"); and

  WHEREAS, the Judgment with interest and costs thereon has been fully released and satisfied for consideration received by THE EXPORT-IMPORT BANK OF THE REPUBLIC OF CHINA, and it is certified that there are no outstanding executions with any Sheriff or Marshall;

  NOW, THEREFORE, full and complete satisfaction of the Judgment is hereby acknowledged, and any and all actions to enforce the Judgment shall be forever discontinued with prejudice as against REPUBLIQUE DU NIGER, LA SOCIETE DE PATRIMOINE DES

MINES DU NIGER, and/or any other entity, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of the Judgment.

Dated: New York, New York
June 1, 2015

SULLIVAN & WORCESTER LLP

By: _____
Paul E. Summit
Andrew T. Solomon
Caitlin C. Fahey (admitted *pro hac vice*)
1633 Broadway
New York, NY 10019
Tel: (212) 660-3000
Fax: (212) 660-3001
psummit@sandw.com
asolomon@sandw.com
cfahey@sandw.com

*Attorneys for Petitioner/Judgment Creditor The Export-Import Bank of the Republic of China*

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

On the 1st day of June 2015 before me personally came Paul E. Summit, to me known and known to be a member of the firm of Sullivan & Worcester LLP, attorneys for The Export-Import Bank of the Republic of China in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

MARITZA TORRES
Notary Public, State of New York
No. 01TO5085523
Qualified in Westchester County
Commission Expires Nov. 4, 20__

The Clerk shall close the case

SO ORDERED THIS 2 DAY OF JUNE 2015

_____

tmc